IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

DARRYL ANGELO SMITH,

   Plaintiff,        CASE NO. 8:14-CV-01419-DKC

v.

DUVERA BILLING SERVICES, LLC;
ENHANCED RECOVERY CORPORATION,
ENHANCED RECOVERY COMPANY, LLC, and
ESCALLATE, LLC,

   Defendants.
_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO ENHANCED RECOVERY COMPANY LLC AND ENHANCED RECOVERY CORPORATION ONLY

COMES NOW Plaintiff, Darryl Angelo Smith in proper person ("Plaintiff") and Enhanced Recovery Company, LLC, a Delaware limited liability company, formerly known as, and referred to in the Complaint as Enhanced Recovery Corporation ("Defendant" or "ERC") (collectively with Plaintiff, the "Parties"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), file this *Stipulation for Final Order of Dismissal with Prejudice*. Pursuant to this stipulation, the Parties agree to entry of the Agreed Final Order of Dismissal by which:

  1.  An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

  2.  The claims of Plaintiff are being dismissed with prejudice as to Defendant ERC, only.

  3.  Each Party shall bear its own attorneys' fees and costs.

Dated: This 1st day of August, 2014.

                                            Respectfully Submitted,

_____

Darryl Angelo Smith (*pro se*)                 Catherine A. Bledsoe, Bar No. 11376
1303 Legation Road                              Gordon Feinblatt, LLC
Hyattsville, MD 20785                         233 East Redwood Street
(202) 439-1799                                    Baltimore, Maryland 21202
                                                 Telephone: (410) 576-4198
                                                 Facsimile: (410) 576-4269
                                                 Cbledsoe@gfrlaw.com
                                                 *Counsel for Enhanced Recovery*
                                                 *Company, LLC, Successor to*
                                                 *Enhanced Recovery Corporation*