IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| DARRYL ANGELO SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action 14-cv-01419-GJH |
| DUVERA BILLING SERVICES, LLC, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Plaintiff Darryl Angelo Smith, proceeding *pro se*, and Defendant Escallate, LLC, by undersigned counsel, hereby stipulate to the dismissal with prejudice of any and all claims alleged or asserted in the above-captioned action against Escallate, LLC <u>ONLY</u>.

Plaintiff Smith intends to continue prosecution his claims against the sole remaining defendant – Duvera Billing Services, LLC.

_____
Darryl Angelo Smith
1303 Legation Road
Hyattsville, MD 20785
Tel.: (202) 439-1799

Pro-se Plaintiff

_____
James M. Connolly (Bar No. 23872)
Kramer & Connolly
465 Main St.
Reisterstown, MD 21136
Tel.: (410) 581-0070
Fax: (410) 581-1524

Counsel for Defendant Escallate, LLC

E:\OFFICE\CASES\207-090\sod -- escallate.wpd