# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **DARRYL ANGELO SMITH,** | * | |
| | * | |
| Plaintiff, | | |
| v. | * | Case No.: GJH-14-01419 |
| | | |
| **DUVERA BILLING SERVICES, LLC,** | * | |
| | | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On April 25, 2014, Darryl Angelo Smith ("Plaintiff") commenced this action against Duvera Billing Services, LLC ("Duvera").[1] The Clerk issued a Summons to Duvera on May 28, 2014. *See* ECF No. 4. On June 12, 2014, Plaintiff filed proof of service indicating that Duvera was served on June 6, 2014. *See* ECF No. 5. The Court, however, has no record that Duvera has ever filed a responsive pleading. Accordingly, on November 13, 2014, the Court ordered Plaintiff to file and serve by mail on Duvera a motion for entry of default by the Clerk and a motion for default judgment, or show cause as to why such motions would be inappropriate, within fourteen (14) days of that order. *See* ECF No. 22. Plaintiff has failed to respond to the Court's order. The Court will therefore DISMISS, without prejudice, Plaintiff's complaint against Duvera for want of prosecution. The Clerk is directed to CLOSE this case.

Dated: December 2, 2014                    /S/
                                                              George Jarrod Hazel
                                                              United States District Judge

---

[1] Plaintiff also sued Enhanced Recovery Corporation, Enhanced Recovery Company, LLC, and Escallate, LLC (collectively, "Defendants"). Those Defendants have all since been dismissed.